# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| WILLIAM D. HAMBY, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:17-cv-01596 |
| ) | Judge Trauger |
| TONY PARKER, ET AL., ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

On October 23, 2019, the magistrate judge issued a Report and Recommendation (Docket No. 32), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby ORDERED that the defendants' Motion to Dismiss (Docket No. 23) is DENIED.

This case shall be returned to the magistrate judge for further handling under the original referral order.

It is so **ORDERED.**

_____
ALETA A. TRAUGER
U.S. District Judge